UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Steven J. Zomerfelt and Julie J. Zomerfelt,<br><br>Plaintiffs,<br><br>v.<br><br>Interbay Fund, LLC, a Delaware limited liability corporation, and Newport Insurance Company, an Arizona corporation,<br><br>Defendants. | Case No.:  05-CV-239 (MJD/RLE)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the foregoing Stipulation for Dismissal with Prejudice entered into by the parties and based upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Plaintiffs' claims against Defendants Interbay Fund, LLC and Newport Insurance Company are hereby dismissed with prejudice and with each party to bear their own costs.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  March 27, 2006                     s / Michael J. Davis
                                           Honorable Michael J. Davis
                                           U.S. District Court Judge, District of Minnesota

1